**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AVERIAL D. ALEXANDER, | ) | CASE NO. CV 08-06795 SGL (RZ) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| FREDRICK HAWS, WARDEN, | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of AVERIAL D. ALEXANDER, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: May 19, 2009

_S.G. Larson_
STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE